# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Alfred McZeal Jr.
aka Al McZeal, dba World Wide Walkie Talkie

**BANKRUPTCY NO.**  2:23-bk-10011-SK

**CHAPTER**  13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):**  xxx-xx-6820
**Employer Tax-Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/24/23

**Address:**
2620 Fashion Ave
Long Beach, CA 90810

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Debtor is prohibited from filing any new bankruptcy petition
within 2 years of the date of entry of this order.

Dated: March 24, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**23 / TM**